IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) PEDRO FRIAS<br>**2) MANUEL POLANCO**<br>Defendant | CRIMINAL 11-0466CCC |

**ORDER**

Having considered the Report and Recommendation filed on April 17, 2012 (**docket entry 49**) on a Rule 11 proceeding of defendant Manuel Polanco (2) held before U.S. Magistrate Judge Marcos E. López on April 11, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 11, 2012. The **sentencing hearing is set for July 11, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 24, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge